# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-7019**                              **September Term, 2022**

**1:23-cv-00323-UNA**

**Filed On:** May 19, 2023

Princess Maria Spencer,

        Appellant

    v.

Washington D.C.,

        Appellee

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Millett and Wilkins, Circuit Judges, and Sentelle, Senior Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. <u>See</u> Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's February 17, 2023 order be affirmed.  The district court properly dismissed appellant's case as frivolous. <u>See</u> 28 U.S.C. § 1915(e)(2)(B)(i); <u>Neitzke v. Williams</u>, 490 U.S. 319, 325 (1989) ("[A] complaint . . . is frivolous where it lacks an arguable basis either in law or in fact.").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### <u>Per Curiam</u>

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/
       Daniel J. Reidy
       Deputy Clerk